IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF:

ANTOINETTE WASHINGTON

DEBTOR

CASE NO 16-11887
SECTION A

CHAPTER 13

## FIRST MOTION TO MODIFY

NOW INTO COURT comes Antoinette Washington (hereinafter referred to as "Debtor") through undersigned counsel, who moves this Honorable Court to consider this First Motion to Modify for the following reasons:

1. Debtor filed for relief under Chapter 13 of the U. S. Bankruptcy Code on August 3, 2016, and the plan was confirmed in due course on November 29, 2016. The debtor has not been granted a modification or suspension during the course of the plan. The debtor is currently in month 22 of a 60-month plan with a current payment of $429.00 per month which was to pay $4,607.20 to the general unsecured creditors. The liquidation value is $20,440.00. Debtor is below means.

2. Debtor is requesting to suspend three plan payments (April-June). Debtor was in need of dental work and had to pay a total of $1,511.00 out of pocket. Debtor's income has remained consistent at $2,038.42 while the expenses have been modified from $1,609.00 to $1,541.00.

3. Debtor is requesting to suspend three plan payments and amend the plan to reflect that the plan payment will increase from $429.00 to $497.05 beginning in July 2018 while the term of the plan remains at 60 months and the payout to unsecured creditors changes to $4,189.38. The attorneys' fees being paid through the plan include the fees already agreed upon plus fees and costs associated with the filing of this motion and the objection to motion to dismiss which are estimated to be approximately $694.24.

**WHEREFORE**, Debtor prays that, after due notice and hearing, if required, this Honorable Court grant this First Motion to Modify to allow her to suspend three plan payments and amend the plan to reflect that the plan payment will increase from $429.00 to $497.05 beginning in July 2018 while the term of the plan remains at 60 months and the payout to unsecured creditors changes to $4,189.38.

/s/ Antoinette Washington
Debtor Antoinette Washington

/s/
Timothy P. Kirkpatrick 20251
Mark Needham 9914
Kirkpatrick and Associates, LLC
3501 N. Causeway Blvd., Ste# 750
Metairie, LA 70002
504-828-3311

16-11887

# SINGLE PATIENT LEDGER
## LaPlace Dental Associates, LLC

Date:  05/22/2018                                                                                       Page:   1

Patient Name: ANTOINETTE WASHINGTON            Chart Numbe
738 EAST EASY STREET
PO BOX 935                                      Billing Type: 2
DESTREHAN, LA  70047

| DATE | TEETH | DESCRIPTION | PATIENT | CHARGE | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|
| 10/18/2017 | | Patient Balance Forward | | 0.00 | | 0.00 |
| * 10/19/2017 | | VISA/MC Payment - | ANTOINETTE | | -144.50 | -144.50 |
| * 10/19/2017 | | Comprehensive Evaluation | ANTOINETTE | 39.00 | | -105.50 |
| * 10/19/2017 | | Panoramic Film | ANTOINETTE | 59.00 | | -46.50 |
| * 10/19/2017 | 2 | Surgical Extraction | ANTOINETTE | 139.00 | | 92.50 |
| * 10/19/2017 | 3 | Routine Extraction | ANTOINETTE | 75.00 | | 167.50 |
| * 10/28/2017 | | Dental Ins Payment - DELTA DENTAL OF AR | ANTOINETTE | | -167.50 | 0.00 |
| * 02/08/2018 | 7 | Lab Fee | ANTOINETTE | 300.00 | | 300.00 |
| * 02/08/2018 | 10 | Lab Fee | ANTOINETTE | 300.00 | | 600.00 |
| * 02/08/2018 | | VISA/MC Payment - | ANTOINETTE | | -550.00 | 50.00 |
| * 02/08/2018 | 2-15 | Immediate Full Upper Denture | ANTOINETTE | 902.00 | | 952.00 |
| * 02/21/2018 | | Dental Ins Payment - DELTA DENTAL OF AR | ANTOINETTE | | -413.50 | 538.50 |
| * 02/22/2018 | | Try-In | ANTOINETTE | 0.00 | | 538.50 |
| * 03/15/2018 | | Deliver Upper Denture | ANTOINETTE | 0.00 | | 538.50 |
| * 03/15/2018 | | VISA/MC Payment - | ANTOINETTE | | -816.50 | -278.00 |
| * 03/15/2018 | 6 | Surgical Extraction | ANTOINETTE | 139.00 | | -139.00 |
| * 03/15/2018 | 12 | Surgical Extraction | ANTOINETTE | 139.00 | | 0.00 |
| * 03/15/2018 | 14 | Surgical Extraction | ANTOINETTE | 139.00 | | 139.00 |
| * 03/15/2018 | 15 | Surgical Extraction | ANTOINETTE | 139.00 | | 278.00 |
| * 03/19/2018 | UP | Adj. upper dent. | ANTOINETTE | 0.00 | | 278.00 |
| * 04/04/2018 | | Dental Ins Payment - DELTA DENTAL OF AR | ANTOINETTE | | -278.00 | 0.00 |

**TOTAL PATIENT BALANCE AS OF 05/22/2018:**                                         0.00

* Procedures that have been placed in History.